UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ART SADIN, | ) | |
|          Plaintiff, | ) | |
| v. | ) | NOTICE OF VOLUNTARY DISMISSAL |
| | ) | PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) TO |
| | ) | ST. PAUL STAMP WORKS, INC. |
| | ) | |
| | ) | CIVIL ACTION NO. 3:18-CV-00092 |
| ST. PAUL STAMP WORKS, INC., | ) | |
|          Defendant | ) | |
| | ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Art Sadin and/or their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against defendant, St. Paul Stamp Works, Inc. as it was misnamed. The suit remains and continues against defendant Saint Paul Stamps, Inc. as it is the properly named defendant.

Respectfully submitted,

_____
Art Sadin, Attorney-in-charge
Texas Bar No. 17508450
Sadin Law Firm, P.C.
2207 Lakeway Dr.
Friendswood, TX 77546
Tel: (281) 648-7711
Fax: (281) 648-7799
Asadin@Sadinlawfirm.com

1