**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **ART SADIN,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO.  3:18-CV-00092** |
| | ) | |
| **ST. PAUL STAMP WORKS, INC.,** | ) | |
| **Defendant** | ) | |

## ORDER ON MOTION TO EXTENDING TIME FOR
## PLINTIFF TO SERVE DEFENDANT

Before the Court is the Plaintiff's Motion to Extend Time for Plaintiff to Serve Defendant. Dkt. 10. Having considered the motion, the Court **GRANTS** the motion. Accordingly, the deadline for Plaintiff serve the Amended Complaint on Defendant is extended to **September 17, 2018**.

SIGNED at Galveston, Texas, this _____ day of July, 2018.

_____
George C. Hanks Jr.
United States District Judge