# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20180713-161
```
Saint Paul Stamps, Inc
500 W. Main, Ste. 203A
Branson, MO US 65616

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

United States Courts
Southern District of Texas
FILED

AUG 06 2018

David J. Bradley, Clerk of Court

Date: Friday, July 13, 2018
Case Number: 3:18-cv-00092
Document Number: 13 (1 page)
Notice Number: 20180713-161
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**POST OFFICE BOX 61010**
**HOUSTON, TEXAS 77208**

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED
AUG 06 2018
David J. Bradley, Clerk of Court

RETURN TO SENDER - NOT AT THIS ADDRESS (SINCE AT LEAST SEPT.)

SPRINGFIELD MO 658
26 JUL '18
PM 3 L

ZIP 77002
02 1W
0001374615 JUL 16 2018
U.S. POSTAGE >> PITNEY BOWES
$ 000.47⁰

NIXIE     641    DE   1         0008/01/18
            RETURN TO SENDER
            NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 7720810101010         *0933-09866-16-45