United States District Court
Southern District of Texas
**ENTERED**
October 04, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ART SADIN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-00092 |
| | § | |
| ST. PAUL STAMP WORKS, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO SERVE DEFENDANTS

It appears from the record of this case that service of process may not have been made on all Defendants in this lawsuit.

Accordingly, Plaintiff is hereby **ORDERED** to serve all Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure, and to file proof of such service on or before October 12, 2018 with this Court, or else Plaintiff's claims may be dismissed for want of prosecution without further notice.

SIGNED at Galveston, Texas, this 4th day of October, 2018.

_____
George C. Hanks Jr.
United States District Judge